IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

KEDNEY MERISIER and DREU VANHOOSE
on behalf of themselves and others similarly
situated,

    Plaintiffs,

-against-

HERR FOODS INCORPORATED,

    Defendant.

Civil Action No. 1:16-cv-6350-FB-RER

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs Kedney Merisier and Dreu Vanhoose and counsel for Defendant Herr Foods Incorporated that:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiffs hereby voluntarily dismiss all claims in the above-captioned action **WITH PREJUDICE**.

2. Each party shall bear its own costs, expenses, and attorney fees.

Dated: _____, 2018

**Lee Litigation Group, LLC**

By: _____
C.K. Lee, Esq.
30 East 39th Street, Second Floor
New York, NY 10016
P: (212) 465-1180
E: cklee@leelitigation.com
**Attorney for Plaintiffs**

**Kegel Kelin Almy & Lord LLP**

By: _____
Jason T. Confair, Esq.
24 North Lime Street
Lancaster, PA 17602
P: (717) 392-1100
E: confair@kkallaw.com
**Attorney for Defendant**

AND IT IS SO ORDERED.

Dated: 7/12, 2018

_____
FREDERIC BLOCK, J.